**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AAMCO TRANSMISSIONS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT SAYSANA, et al** | : | **NO. 11-6882** |

## ORDER

**AND NOW**, this 17th day of November, 2011, upon consideration of the Complaint, it is **ORDERED** that no later than **November 29, 2011**, the plaintiff shall file a memorandum of law addressing why, notwithstanding the forum selection clause in the contract, this action should not be transferred to the Western District of Washington.

　　　　　　　　　　　　　　　　　　　　 /s/Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.