IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. : | |
|     Plaintiff, : | |
| v. : | No.  11-cv-6882 |
| ROBERT SAYSANA : | |
|     and : | |
| FIRM INVESTMENTS, LLC : | |
|     Defendants. : | |

## SUGGESTION OF BANKRUPTCY

The Plaintiff in the above action, by its undersigned attorney, suggests to this Court that the Defendant Robert Saysana filed a petition in Bankruptcy under Chapter 7 of the United States Bankruptcy Code in the District Court of the United States for the Western District of Washington. The petition was filed with the Court on or about December 7, 2011, and Defendant Saysana was adjudicated bankrupt on that day. The Court assigned Case No. 11-24097 as the docket number to the petition.

                                                    Respectfully submitted,

12/08/11                                               /s/William B. Jameson
DATE                                              William B. Jameson, Esquire
                                                     AAMCO Transmissions, Inc.
                                                      201 Gibraltar Road, Suite 150
                                                      Horsham, PA  19044
                                                      (610) 668-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. : | |
|     Plaintiff, : | |
| v. : | No.   11-cv-6882 |
| ROBERT SAYSANA : | |
|    and : | |
| FIRM INVESTMENTS, LLC : | |
|     Defendants. : | |

**CERTIFICATE OF SERVICE**

    I, William B. Jameson, hereby certify that I have this day forwarded a copy of the Suggestion of Bankruptcy by mailing, first class, postage prepaid, to the Defendants as follows:

        Mr. Robert Saysana
        Firm Investments, LLC
        18204 Bothell Everett Highway
        Suites B & C
        Bothell, WA  98011

        Respectfully submitted,

12/08/11                  /s/William B. Jameson
DATE                  William B. Jameson, Esquire
                        AAMCO Transmissions, Inc.
                        201 Gibraltar Road, Suite 150
                        Horsham, PA  19044
                        (610) 668-2900