IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | |
|     Plaintiff, | : | |
|   v. | : | No.    11-cv-6882 |
| ROBERT SAYSANA | : | |
|     and | : | |
| FIRM INVESTMENTS, LLC | : | |
|     Defendants. | : | |

**<u>Voluntary Dismissal of Action Pursuant to Fed.R.C.P. 41(a)(1)</u>**

The Plaintiff in the above action, by its undersigned attorney, having determined that the petition in Bankruptcy filed by Defendant Robert Saysana under Chapter 7 of the United States Bankruptcy Code in the District Court of the United States for the Western District of Washington, Case No. 11-24097, has been closed and that the automatic stay is no longer in effect, does hereby dismiss the instant action in accordance Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                                                Respectfully submitted,

1/09/14                                        /s/William B. Jameson
DATE                                       William B. Jameson, Esquire
                                             AAMCO Transmissions, Inc.
                                             201 Gibraltar Road, Suite 150
                                             Horsham, PA  19044
                                             (610) 668-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. : |  |
|     Plaintiff, : |  |
|   v. : | No.   11-cv-6882 |
| ROBERT SAYSANA : |  |
|     and : |  |
| FIRM INVESTMENTS, LLC : |  |
|     Defendants. : |  |

## CERTIFICATE OF SERVICE

I, William B. Jameson, hereby certify that I have this day forwarded a copy of the Voluntary Dismissal of Action Pursuant to Fed.R.C.P. 41(a)(1) by mailing, first class, postage prepaid, to the Defendants as follows:

> Mr. Robert Saysana
> Firm Investments, LLC
> 18204 Bothell Everett Highway
> Suites B & C
> Bothell, WA  98011

> Respectfully submitted,

1/09/14             /s/William B. Jameson
DATE             William B. Jameson, Esquire
                      AAMCO Transmissions, Inc.
                      201 Gibraltar Road, Suite 150
                      Horsham, PA  19044
                      (610) 668-2900